ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
ROYA MASSOUMI [C.S.B.N. 242697]
SPECIAL ASSISTANT UNITED STATES ATTORNEY
333 Market St., Suite 1500
San Francisco, CA  94105
Telephone: 415-977-8977
Facsimile: 415-744-0134
E-mail: Roya.Massoumi@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| JULIETA ALVAREZ ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) | CASE NO: 2:09-CV-5768 VBK <br><br> ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount  of FOUR THOUSAND NINE HUNDRED DOLLARS and 00/cents ($4,900.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED:  June 18, 2010                     _____/s/_____

HON. VICTOR B. KENTON

UNITED STATES MAGISTRATE JUDGE

1